ELIAS T. BRAGAW, as Administrator de Bonis Non of the Estate of WILLIAM BRAGAW, Deceased, Respondent, *v.* THEODORE W. STEMMLER et al., Appellants; and TITLE GUARANTEE AND TRUST COMPANY et al., Respondents.

*Bragaw* v. *Stemmler*, 151 App. Div. 919, appeal dismissed. (Argued October 4, 1912; decided October 22, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 7, 1912, which affirmed an order of Special Term denying a motion to set aside an amended judgment of foreclosure and sale and all proceedings thereafter.

*Merle I. St. John* and *A. Wheeler Palmer* for appellants.

*Lynn C. Norris* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY FISHER, Appellant, *v.* JAMES T. LENNON et al., Composing the Board of Contract and Supply of the City of Yonkers, Respondents.

*People ex rel. Fisher* v. *Lennon*, 147 App. Div. 640, appeal dismissed. (Submitted October 4, 1912; decided October 22, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 30, 1912, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendants to award a certain contract to the relator.

*Adrian M. Potter* for appellant.

*Thomas F. Curran* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.